UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STERLING MERCHANDISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> DREYER'S GRAND ICE CREAM, INC. <br><br> Defendant. | Case No.  C 08-80108 SBA (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING MAY 19, 2008 ORDER** |

WHEREAS, on May 13, 2008, Sterling Merchandising, Inc. filed a Motion to Compel Dreyer's Grand Ice Cream, Inc. Compliance with Subpoena *Duces Tecum*;

WHEREAS, on May 19, 2008, the Court issued an order requiring lead trial counsel to meet and confer in person by May 27, 2008 and if matters at issue in the Motion remain unresolved, to submit a detailed Joint Letter by May 30, 2008;

WHEREAS, the foregoing schedule is highly burdensome in view of the following circumstances that may not have been apparent:

1. Carmine Zarlenga, defendants' lead trial counsel, was out of the country when the order was issued and not scheduled to return until May 27, 2008. While Mr. Zarlenga offered to attempt to rearrange his schedule, it would be very difficult to meet and confer in person by May 27, 2008;

2. An in person meet and confer imposes significant burden on the parties in that Mr. Zarlenga's offices are located in Washington, D.C. and David Gilles, plaintiff's trial counsel, is located in Madison, Wisconsin;

WHEREAS, Defendants' counsel represents the respondent, Dreyer's Grand Ice Cream, Inc., in this matter pending before this court;

WHEREAS, Plaintiff's and defendants' counsel have met and conferred regarding the matters in dispute in its Motion on August 16 and August 28, 2007 and on March 21, March 27, and April 11, 2008. Plaintiff's counsel confirmed respondent's position in December 21, 2007 correspondence, March 21, 2008 correspondence, April 4, 2008 correspondence and March 31, 2008 email and April 11, 2008 email;

NOW, THEREFORE, it is hereby stipulated and ordered that the Court's May 19, 2008 Order regarding the dates and manner for lead trial counsel to meet and confer regarding matters in dispute is modified as follows:

A. Lead trial counsel shall meet and confer no later than May 30, 2008;

B. In the event that counsel are unable to resolve the matters at issue, lead trial counsel shall provide a detailed Joint Letter to the Court by June 6, 2008, regarding their meet-and-confer session; and

///
///
///
///
///
///
///

1    C.    ~~Lead trial counsel are permitted to meet and confer via telephone conference call~~.
                                                                        /s/JCS
2                                              Respectfully Submitted,

3   DATED:  May 22, 2008                       For Plaintiff Sterling Merchandising, Inc.:

4                                                   */s/ Craig C. Corbitt*
                                               Craig C. Corbitt (83251)
5                                              Qianwei Fu (242669)
                                               ZELLE, HOFMANN, VOELBEL, MASON &
6                                              GETTE LLP
                                               44 Montgomery Street - Suite 3400
7                                              San Francisco, CA  94104
                                               Telephone:    (415) 693-0700
8                                              Facsimile:    (415) 693-0770
                                               ccorbitt@zelle.com
9
                                               Kevin J. O'Connor
10                                             David J. Gilles
                                               Adam C. Briggs
11                                             GODFREY & KAHN, S.C.
                                               One East Main Street, Suite 500
12                                             Post Office Box 2719
                                               Madison, WI 53701-2719
13                                             Telephone:    (608) 257-3911
                                               Facsimile:    (608) 257-0609
14                                             koconnor@gklaw.com
                                               dgilles@gklaw.com
15                                             abriggs@gklaw.com

16

17  DATED:  May 22, 2008                       For Defendant Dreyer's Grand Ice Cream, Inc.:

18                                                  */s/ Erik Koons (with permission)*
                                               Carmine R. Zarlenga
19                                             Erik T. Koons
                                               HOWREY LLP
20                                             1299 Pennsylvania Ave., N.W.
                                               Washington, D.C. 2004
21                                             Telephone:    (202) 383-6676
                                               Facsimile:    (202) 318-8386
22                                             zarlengac@howrey.com
                                               koonse@howrey.com
23
                                               IT IS SO ORDERED:
24                                                                **AS MODIFIED**

25                                                          IT IS SO ORDERED
    DATED:  _May 23, 2008
26                                             _____
                                               Hon. Joseph C. Spero
27                                             United States Magistrate Judge
                                                              Judge Joseph C. Spero
28
                                              3
    STIPULATION AND [PROPOSED] ORDER MODIFYING MAY 19, 2008 ORDER

**PROOF OF SERVICE**

**Re:   STERLING MERCHANDISING, INC., v. DREYER'S GRAND ICE CREAM, INC.
Case No. 08-80108 SBA (JCS)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104.

On May 22, 2008, I served the within document(s) described as:

1.   STIPULATION AND [PROPOSED] ORDER MODIFYING MAY 19, 2008 ORDER

on the interested parties to this action as follows:

| Carmine Zarlenga | zarlengac@howrey.com |
|---|---|
| Erik Koons | koonse@howrey.com |
| Seth Erbe | seth.erbe@indianowilliams.com |
| Luis Oliver | loliver@fgrlaw.com |

☒   (BY ELECTRONIC MAIL)  I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above named addressee(s).

Executed on May 22, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/Monica J. Steele*
Monica J. Steele