# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.: C08-80108 MISC SBA (JCS)**

**CASE NAME: Sterling Merchandising v. Dreyer's Grand Ice Cream**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY: Karen Hom**

**DATE: June 12, 2008     TIME: 20 M**     **COURT REPORTER: Debra Pas**

<u>**COUNSEL FOR PLAINTIFF:**</u>     <u>**COUNSEL FOR DEFENDANT:**</u>
David G. Gilles & Craig Corbitt *(T)     Carmine Zarlenga & Erik T. Koons *(T)

---

### <u>PROCEEDINGS</u>

☐ SETTLEMENT CONFERENCE     ☐ FURTHER SETTLEMENT CONFERENCE

X   DISCOVERY CONFERENCE <u>Re: Joint Letter Brief re: Petitioner's Motion to Compel Compliance with Subpoena for Market Studies Documents and Related Deposition Topics.</u>

☐ STATUS CONFERENCE RE:

☐ TELEPHONIC CONFERENCE RE:

☐ OTHER:

CASE CONTINUED TO:                          FOR

NOTES:

Motion DENIED.

CC:     Chambers