United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING MERCHANDISING,<br><br>    Petitioner(s),<br><br>v.<br><br>DREYER'S GRAND ICE CREAM,<br><br>    Respondent(s),<br>_____/ | Case No.  C08-80108 MISC SBA (JCS)<br><br>**ORDER DENYING PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR MARKET STUDIES DOCUMENTS AND RELATED DEPOSITION TOPICS [Docket No. 7]** |

On June 6, 2008, a Joint Letter Brief Regarding Petitioner's Motion to Compel Compliance with Subpoena for Market Studies Documents and Related Deposition Topics (the "Motion") was filed.

On June 12, 2008, a telephonic hearing was held the Motion. David G. Gilles and Craig Corbitt, counsel for Petitioner, appeared. Carmine Zarlenga and Erik T. Koons, counsel for Respondent, appeared.

For the reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

Dated: June 13, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge